IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CORISA SELF,** | 10-CV-316-BR |
| Plaintiff, | JUDGMENT |
| v. | |
| **MICHAEL J. ASTRUE,**<br>Commissioner, Social Security<br>Administration, | |
| Defendant. | |

**BROWN, Judge.**

Based on the Court's Opinion and Order (#17) issued March 29, 2011, the Court hereby **REMANDS** this matter to the above administrative agency for further administrative proceedings.

DATED this 29th day of March, 2011.

/S/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT OF REMAND