Robyn M. Rebers, OSB# 03430
Robyn M. Rebers LLC
PO Box 3530
Wilsonville, OR 97070
Tel: 503-871-8890
Fax: 888-398-8793
robyn@reberslaw.com
Attorney for Plaintiff

FILED
MAY 18 2011

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | | |
|---|---|---|
| CORISA "CHRIS" SELF, | ) | CV No.: 10-00316-BR |
| Plaintiff. | ) ) ) | ORDER |
| v. | ) ) | |
| MICHAEL V. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

    Based on the stipulation between the parties through their respective counsel it is hereby allowed that the Plaintiff's attorney is awarded attorneys fees in the amount of $6107.50 pursuant to 28 U.S.C. § 2412 subject to debt owed the United States Government described pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

    If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office at PO Box 3530, Wilsonville, OR 97070. If Plaintiff has a debt, then the check for any remaining funds after offset of the

debt shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney office at the address stated above.

IT IS SO ORDERED.

DATED this 18th day of May, 2011.

_____
United States District Judge

Presented by:

Robyn M. Rebers OSB# 03430
Attorney for Plaintiff